**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Charles Strange, | ) | |
| Petitioner, | ) ) | CV 08-1590-PHX-PGR (LOA) |
| v. | ) ) | **ORDER** |
| Dora B. Schriro, et al., | ) ) | |
| Respondents. | ) ) | |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Anderson and no party having filed any objection to the Report and Recommendation,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 11)** is **ACCEPTED** and **ADOPTED** by the Court.

IT IS FURTHER ORDERED DISMISSING with prejudice Petitioner's Petition for Writ of Habeas Corpus. **(Doc. 1.)**

DATED this 12th day of May, 2009.

_____
Paul G. Rosenblatt
United States District Judge